**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

RAMONA CAPPETTA,

    Plaintiff,

v.

                              CASE NO.: 8:17-cv-01122-CEH-AAS

IYOGI, INC.,

    Defendant.

---

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)**

---

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff, Ramona Cappetta, by and through her undersigned counsel, respectfully asks this Court to enter an order of Voluntary Dismissal without Prejudice, and in support thereof, states as follows:

**I. Procedural Background**

1. The Plaintiff filed her complaint (Doc. 1) on May 12, 2017.

2. This Court issued its Summons to serve Defendant, iYogi, Inc., on May 12, 2017. The address provided on the summons is the address both on the Defendant's website, as well as the address filed with the New York State Department of State, Division of Corporations entity filing for Defendant.

3. On May 16, 2017, service was attempted at the location provided on the summons, however, Plaintiff's process server was informed that Defendant has not conducted business at that location for several years.

1

4.      On May 19. 2017, service was attempted on the Chief Executive Officer per the New York State Department of State, Division of Corporations entity filing for Defendant. However, the individual provided on the filing could not be located at the address on file.

5.      On May 25, 2017, service was attempted on the Principal Executive Office per the New York State Department of State, Division of Corporations entity filing for Defendant. However, the Defendant could not be located at the address on file.

6.      Defendant does not maintain a registered agent that could be located in the United States.

7.      Plaintiff has been unable to locate Defendant in the United States to effectuate proper service, as all legal filings for Defendant appear to be outdated.

8.      Defendant has not filed an Answer or any Summary Judgment motion at the time of this motion.

## MEMORANDUM OF LAW

### Legal Standard

Federal Rule of Civil Procedure 41(a) governs the ability of a plaintiff to dismiss an action voluntarily and without prejudice. Rule 41(a)(1) permits a plaintiff to dismiss voluntarily an action without prejudice as a matter of right *without* first seeking leave from the court if the defendant has not yet filed either an answer or a motion for summary judgment. Fed. R. Civ. P.41(a)(1). In this case, Defendant has filed neither an Answer nor a Motion for Summary Judgment. As such, an order of dismissal without prejudice must be entered in this case as a matter of right.

**WHEREFORE**, Plaintiff Ramona Cappetta, respectfully requests this Honorable Court to enter an order of Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that, on June 4, 2017, the foregoing was filed upon the parties using the CM/ECF system.

Respectfully submitted,

*/s/ Lara E. McGuire*
Lara E. McGuire, Esq.
Florida Bar No. 0127170
Lara@TheConsumerProtectionFirm.com
William "Billy" Peerce Howard, Esq.
Florida Bar No. 0103330
Billy@TheConsumerProtectionFirm.com
THE CONSUMER PROTECTION FIRM, PLLC
210 A South MacDill Avenue
Tampa, FL 33609
Tele: (813) 500-1500
Fax: (813) 435-2369
*Attorneys for Plaintiff*