UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAMONA CAPPETTA,

    Plaintiff,

v.                                                                   Case No: 8:17-cv-1122-T-36AAS

IYOGI, INC.,

    Defendant.
_____/

## ORDER

Before the Court is the Plaintiff's Notice of Voluntary Dismissal without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1) (Doc. 7). In accord with the Plaintiff's Notice of Voluntary Dismissal without Prejudice, it is **ORDERED AND ADJUDGED** as follows:

1)     Plaintiff's Notice of Voluntary Dismissal without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1) is **APPROVED** (Doc. 7).

2)     This cause is dismissed, without prejudice.

3)     The Clerk is directed to terminate any pending motions and deadlines and **CLOSE** this case.

**DONE AND ORDERED** in Tampa, Florida on June 6, 2017.

*Charlene Edwards Honeywell*
Charlene Edwards Honeywell
United States District Judge

**COPIES FURNISHED TO**:
Counsel of Record